STATE OF WISCONSIN CIRCUIT COURT EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2021 DEC 22 A 10: 28

DONNA M VOGT, Plaintiff, **PROSE**
N2135 Double D ,Campbellsport WI 53010
V.
Donald H **Vogt***,Resp 407 S River Road, West Bend Wi 53095.

SUMMONS AND

COURT

COMPLAINT

**Chase** &Co,RespS270 Park Ave, NY,NY 10017.

Amy **Donaldson**, Resp, River Road, Fonddulac Wi 54935

2021CV1347

Candy **Feucht**,Resp 2021 S 18th. #200, West Best WI 53095.

INTL TORT

**Fidelity** National Title RespS2501 W Beltline Hwy Suite 109, Madison, WI 53713

Andrew **Hall***Resp, 51 E. 1st Fond du lac WI. 54935

Foreclosure / Deed in Lieu

Dennis **Herman,** Resp701 College, Howards Grove, WI 53083

**HUD**-FHA, Resp 451 Seventh Street, SW, Washington, DC. 20410

James **Krebs,**Resp ROD Fdl County, 160 s Macy, FDL WI 54935

PaulJ **Kundart**, Resp. UWCU 3500 University,Madison, WI 53705

Timothy **Mangan**,Resp. 7081 WesttownPkwy, DesMoines, IA 50266

William **Reilley**,Lakeside **LLC** Resp11000W.Silver Spring,Milw WI 53225

.Kimberly **Seger**, Resp 1500 main SV Jasper IN 47546

Ian Warlick-**Short.**Resp, UWCU 6510 W State St,Wauwatosa, WI 53222

Debra **Soine***, RespW64 W13694 Mill road, Meno. Falls 53051
**UnivWis** Cred Un,RespS&Resp, 3500 University,Madison WI 53705

**Wells** Fargo,RespSup 7091 westown parkway, DesMoines, IA 50266

Kathleen **Wilson,**Resp, 18795 Davidson, Brookfield, WI 53045

THE STATE OF WISCONSIN, To each person named above as a Defendant: You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal action against you. The complaint, which is attached, states the nature and basis of the legal action.Within 20 days of receiving this summons, you must respond with a written answer, as that term is used in chapter 802 of the Wisconsin Statutes, to the complaint. The court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the court, whose address is eastern District of Wisconsin, 517 East Wisconsin Avenue, Room 362, Milwaukee, WI 53202 and to Donna Vogt, whose address is N2135 Double D Campbellsport, WI 53010. You may have an attorney help or represent you.

If you do not provide a proper answer within 20 days, the court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

JURISDICTION

This Court has subject matter jurisdiction pursuant to Wis SS 801.04 which provides all subject matters shall be brought in Wisconsin. This Court has personal jurisdiction under § 801.05 over the Respondents because their principal place of business and/ or residence is located in this state or they have the minimum contacts within the state, and or there are sufficient number of contacts in Wisconsin, or injury in Wis.

Venue is proper pursuant to § 421.401(1)(c) c, § 801.05, § 801.04, 943.38, forgery, multiple fraud on the court, perjury, arsons, threats of arson, attempted homicides,

threats of physical harm, interstate intent to harm, with property in Wisconsin, giving rise to the allegations in this complaint occurred in the state, the corporations are in the state, or do business in the state or the cause of actions occurred in the State of Wisconsin.

THE PARTIES

Donna Vogt, Prose Plaintiff "PPL, Donald Vogt "Resp Vogt"; JPMChase "RespSChase"; Amy Donaldson,"Resp Donaldson";CandyFeucht,"RespFeucht"; Fidelity"RespS Fidelity"; Andrew Hall,"Resp Hall"; Dennis Herman,"Resp Herman"; HUD-FHA"Resp HUD"; James Krebs, "Resp Krebs", Paul Kundart"Resp Kundart";LakesideLLC,"RespS Lakeside";TimMangan "Resp.Mangan";Bill Reilley,"RespReilley";"Kimberly Seger "RespSeger"; Ian Warlick-Short,"Resp Short"; Debra Soine,"Resp Soine"; UnivWisCrdtUn "RespS UWCU"; WellsFargo"RespSWells"; Kathleen Wilson,"Resp Wilson"

"**Front** Home**"** is N2147 (PPL **1ST** 1985) "**Back** Home" is N2135 (current home)

**Introduction A**llegations **RespS indicates Respondeat Superior;Resp's possesive**
conspiracy "Resp Trio"= $**576,900.00 c$25,000e** Resp'sVogt, Soine, Hall deeds
Conspiracy c**$276,900.00** Vogt , Mangan
Conspiracy on arson,forgeries **$450,000.00** Resps Hall, Vogt, Soine, Mangan
* conspiracy of 2 c**$140,000.00** Resp Vogt, Donaldson equity take
conspiracy of 6 = $**1,450,000.00** new mortgage **back** property valueResp Vogt, Hall, Seger,Short, Soine, Feucht,Wilson, ***c Before the amount, indicates cash right away**
conspiracy of **Deal** of **$276,900.00** Resp Mangan, Resp Vogt Deal
***Corporate liability under respondeat superior generally requires three elements: (1) the agent of the corporation committed the crime, (2) while acting within the scope of the agent's authority, (3) with an intent to benefit the corporation. Hall,. Fidelity UWCU

**2.1 million** TOTAL FRAUDS

**2,096,300.00 2 property values**

**Introduction** allegations

FTC Report142589525

If something doesn't sound right, PPL would like clarification, since a couple hack.

1.PPL was shocked with recent discoveries of **ten (10)** forgeries: deeds, agreements,more equity, arson, and stealing of property with tot**al of 1.2 million almost fully taken.** ***The front home,*** her 1st home she purchased in1985 as a **single mom with child** and no child or state support, **was taken via deed forgeries**, and the 2nd home she still lives at on the same land referred to as **back** property. 37 years there, home and work They are **stealing as well,**as PPL writes. PPL had her front unoccupied home sold, just finishing paperwork with an attorney, when the "trio" stole it, with help of a few, evidently got insurance, then he **arsoned her front property** back then in **2008**, and got a payment of abou**t $300,000. add** on **12.05.*2017*** for another deal for Resp Mangan, just **before** his **next** heist of her **current** home with a forged **deed on 2 8. 2018,** a couple months later. PPL thought the company she was suing did the arson at that time, so she tried hard to not react, since they were trying hard to mess with her mind, with **helicopter threats** too, scaring her chickens, ducks and **bombardment of motions** to answer on her kindergarten law education when her attorneys were both influenced away. It is because of a secret fraud she discovered many years later. That is why they harmed her good business. The helicopter flew **illegally close** to home and **dipping down to parking** area last done on about 12.20.20, when she had another suit against them after she found that other item. The Last home mortgage fraud, soon after resulted in a ridiculous amount of attempts on her life, to get rid of her to finish those heists. She **planned on buying the front**

**home back** when she could for **CampFuntastic,** an educational summer camp, and boys, girls Scout camp for fall to spring. However, that's gone with his arson.

A breach of contract marriage in a promise explained, now realizing **all done for money**, as my income was good and I let him pay the bills with it as I was too busy with customers to ever look at it. About 1.5 years into the marriage, he left his job to focus on a non-gainful tractor pulling hobby business. That was fine with her.

PPL was a Senior Investment Executive at Raymond James **and** at her subsequent more sophisticated company with more investment category opportunities. Raymond James head hunted her from Robert w Baird, where she left as a vice president after 17 years there. At RJF she was top ½ of 1% certainly not because a salesman, she didn't sell, she informed of risks. Even with the damage caused by one with an ulterior motive, the NASD final report stated "apparently she did quite well for her clients." Prior to leaving the business she had eight (8) licenses and certifications with a total of 30 years in that field. Final report also was answer if "no" if PPL had done anything, "fraudulent, manipulative or deceptive". She had a fantastic clientele that followed her to the new company, and referred her often. However at RJ, after USBank, as "trustee" for a great fund she used, released about 800 confidential account information to a new,not lawfully licensed, attorney, who then sent letters to these clients with his phone number but **void** of letterhead **or his name**, to call "to find out what "Donna is doing with your money", then further unlawful advertisement with her name in local papers with similar language. Of course, USBank was "trustee" so PPL **couldn't** do anything with their money if she wanted to. The then **competitor** company told him they would get "**free money".** This free money came from ***her*** insurance controlled by **her** competitor, trying

to get her customers back but also to do a deed that would propel their stock 80 points on a 20 stock, inappropriately, and put them in the S&P 500. A failure of not citing violations of firms hiring 1099 reps.

2. Resp Vogt, "Evil Genius" his nickname for himself, had forged deeds to himself. This is why even though he had freedom, he wanted a divorce. His plan all along was to steal PPL homes from her. She was only kind to him. Resp Vogt bragged to many that he arsoned her front home. It's ¼ mile from the back home, with a hill in between so she cannot see the mail box either. He was addicted, bragged at especially at work and at restaurants for future business, as he did **two other arsons** in west bend for insurance and value increase purpose, for money. It's an addiction to stealing money. A total of **$1,222,364.00**, via stolen mail often, 10 forgeries of deeds and agreements. The principal, receiver of that conspiracy of 3 or 7, kept her near by **employing** her very part time for a variety of needs he had, really to waste her time, but shegot paid, ***except* see Perjury.** With PPL part time employer status and a live-in "homeless" woman with PPL as a secret "detective" to find out what PPL figured out, **not much.** He already admitted **false** criminal charge against her. He did that false charge to keep her from discovering his forgeries. He obstructed justice to get off Breakdown He stole from his former wife who was only kind to him. Then To **make sure no one** discovers his many crimes, he kept her busy with work. plotted attempted homicides, a faked suicide attempt, assaults against her, **three (3) attempts to kill her in the same month** of he closed the **forged** deed mortgage**,** mail and wire fraud, Fraud

on the Court, Mortgage fraud, Breach of Duty, Obstructions,bIllegal Scheme, bribes, arson on her first home, cover ups,over a decade in a scheme to steal her homes, and **extreme threats** to **her** and to **arson** her second special home she built after divorce on **same initial 72 acres she bought ten (10) years before marriage. PPL lifetime of payments, 37 years, totalling over $1 million** gone. With interest more than triple. This suit is about **stopping significant damages, clearing up the actual ownership of PPL** homes that she **alone** and her builders built, that she **alone** maintained, and that she **alone** paid for before, during and after marriage and that is only hers in the real prenuptial agreement and a real divorce agreement.

3.This action is **first** and **foremost** about **stopping foreclosure-deed in lieu** of PPL current home, **Back** Property, on the 72 acres of land and home PPL purchased in **1985, ten years before marriage,** of which they had a proper Prenuptial by Atty Karen Christianson, in which **he keeps his real estate** and retirement plans, and PPL **keeps her real estate,and** Retirement plans should they divorce. Resp Vogt and a woman at his work **bragged about forging** all these deeds and agreement,. PPL made substantial income during marriage, and let him use her earnings to pay all the bills, yet he stole all throughout marriage, to a **woman** who **supported him most of marriage** since he was, notgainfully employed , but also had an expensive tractor pulling hobby. He would not **dare** do that to a man.

4. *Quick solution to* ***stop the foreclosure*** is for him to pay the **2021 payments** and

property taxes as he **promised** in 2020 to her to "Save Face", to pay back the home equity stolen of $17611.28 check he stole, before she knew of all the rest he stole. After all, he ***did*** *steal* the ***mortgage***, he ***did*** steal the **$17611.28** check so he *should pay* the mortgage and property taxes for now. It equals the same as 1 years worth of payments 2021 payments and taxes. PPL states From **here**, he should **pay 12 payments back and forward** on account and **two payments** of property taxes, **since that would be about the same** with little interest. . **He had not made 1 mortgage payment** to either of her properties in those years since 1992 when they met. She has made all of them since 1985 when she bought the cottage on 72 acres as a secretary, single mom, with no child support, no state support. Did not ask. PPL told that Dad to go away for his crime. Resp Vogt however, stole millions, **he must stop the foreclosure immediately. If not, instead of getting off lightly criminally, should have the book of all these crimes here shown, he has done.** ***Everyone FLED*** *exactly then, they all knew,* ***did their part****.*

5The **<u>second</u>** important **criminal actions to stop** is the repeated, rampant, **arsoning**, and **forging** of **Deeds**, of homes, and condos, google tracking and **hacking,** since he is so very **proud** of these actions. Actually to stop **all criminal actions including attempts on her LIFE** and **having resp Herman to Continually google track then defame to her business contracts** He is evidently making a lot of money from stealing her assets, and others. Employers Lakeside should not support RESP

Vogt is getting rewarded by **no** prosecution up to this point even though he **admits, boasts** it to everyone, his loudly proud **advertising** in that way in restaurants,so they **ask him** to do it **for *them*,** whether it be the plan to do **forged Deeds, then arson** or directly as a plan with the owner to do **insurance fraud** like he did with two West Bend Locations. He has the two notaries and a forger to help.

6 **Some** accountability to stop his bribing to practically everyone. **To stop the deed forgeries and arson.** When stealing millions, he needed to get rid of her. Even today an agent, **known,** stalks her to try to push her out in the middle of night. Before PPL knew **any** of this, PPL asked Resp Vogt to **write down all his crimes for himself** so that he would ponder all the **harm** he has done. Ev**ery time PPL** asked him if he ever wrote the list, the answer was always no. This was before PPL discovered the above harm. The ***court*** might be what ***saves*** him, and ***stops other destruction***.

7. Thirdly, a way for ***most* all claims** to go **away** legally, is to show that technically the marriage itself was processed **under fraud**, should have been annulled, as **prior** to marriage and **at** marriage Resp Vogt **promised to PPL**, in verbal and written form, that he was indeed the **same sexuality**, when **he was not**. But for PPL been **aware** of that fact, **prior** to marriage that she would not have married him. PPL has evidence of his only form of sexuality. By promising to PPL that he was the same sexuality, **prior** to marriage, knowing the marriage was ***contingent*** on that fact, and then signing the marriage certificate is in itself, *affirming his same sexuality* as PPL, a showing the

marriage certificate was **signed under fraud.** Thus the marriage **must** be, **should** be , nullified. As a fraud marriage is annulled, there is NO **secret divorce hearing** to rubber stamp the **fraud on the court** of the **forged amended Divorce agreement** document and **forged Prenuptial** that affected her real ownership. To **understand the significance of the promise**, it would be like if PPL was **only lesbian** promising a heterosexual groom, that hands down that **she was heterosexual**, but only to get his assets, but **then after** marriage, after she still is not interested **ever in** him or any man she tells him the truth. **She is 100%** lesbian, she cant touch a man even. The **groom would be livid**. Certainly PPL was **extremely internally upset** with him about that. Now seeing it's about **all this stealing**, supported by those **with a duty not done**. Shamelessly, there are likely **20 that have been influenced. Resp Vogt says Police and Judges are stupid, PPL doesn't agree.** He likely says that because they **believe his story.** When there is no rule of law, authoritarian money rules, much derived from the U.S.,then the U.S. loses all. We count on ethical judges to safeguard U.S.law and ethical standard to literally save this country from the ultimate authoritarian state.

Given the countless obstructions to her life In progressing with this , and the prose status ,PPL requests or **extra** leniency of errors.

This writing is not as clear as PPL would like but with hacking its really hard to keep up.

The CRIMES and Harms against PPL :
Perjury, Arson, Identity Theft, Forgery on deeds, secret new forged prenuptial, secret forged amended divorce agreement , mortgage frauds, bribery, obstruction of justice, **stalking, defamation**, breaking and entering, interfering with business contracts, wire fraud mail fraud, occupancy mortgage fraud, and more. § 946.65

**IDENTITY THEFT, MORTGAGE FRAUD $140,000.00**

**(RESP VOGT, RESP DONALDSON, RespS Natl) § 943.82 Exh 61**

**9.** PPL incorporates by reference the facts alleged in paragraphs 1-8

**10.** On or about August 15, 2018, a few months after the April 3, 2018 forgered closing, Resp Vogt gave **Resp Donaldson, PPL stolen drivers license to use to present herself as PPL , for Resp Vogt to create a check payable to Resp Donaldson for $140,000.00 o**f PPL Equity in her back home. Resp **Donaldson presented herself as PPL** to steal $140,000.00 . Resp Vogt's goal was to make it LOOK like he compensated PPL for the 1.6 million property he stole. Run through Resp Natl Exch who refused to give information even though the record is on PPL home. Resp Natl invited a subpoena however.

10a ON OR ABOUT 8.10.2018. Resp Donaldson Forged a signature as PPL and / or as herself on deed or mortgage document with Resp Vogt to take $140,000.00.

**11.** But for Resp Vogt stealing her drivers license, and but for Resp Donaldson presenting RESP Donaldson as PPL, and or herself and forging PPL signature on a document, or improperly taking from PPL rightful property, Resp Donaldson processed a document at RespS Natl to steal $140,000 and but for Reps NatlExch allowing it, Prose PL would not have been injured.

**12**. Resp Vogt, Resp Donaldson, negligence is the direct and proximate cause of Plaintiff's injuries. motive,evidence, coverup BUT FOR Resp NatlExch support of their crimes, she would not have been harmed.. RespS Natl, Resp UWCU, Exchare negligent.

§ 946.31 § **943.10 #7 Obstruction to Mortgage, Court information**

**OBSTRUCTION OF JUSTICE. OCCUPANCY-Residence**
**#1 PERJURY Mail Fraud § 946.65 § 943.205 Resp Vogt**
**(False Charge to rid of her before she discovers 10 forgeries to steal her homes)**

**Mail Fraud** 12a RWSP Vogt and Resp Hall stole her mail from a period in 2007-2008, in 2017-1021 for **purpose** of stealing her **homes**. They stole **notices** of FDL court for hearings ,"amended" divorce, prenuptial agreement, and for deed changes, **notice for hearing** and **default** hearing, all were stolen from her mailboxes inFDL PO box and from home box. Resp Vogt and Resp Hall. RESP Vogt had stolen her extra key, her driver's license from her car when he did an oil change. Resp Vogt had no permission to steal things or identifying information from her car. **Later he stole a DL** from her Pouch from her phone. Then he **threw it at her,** her not knowing why he had it: he would not respond, so she put **date on back.** That was the **exact date of** his mortgage **closing, based on** the **exact** deed **date forgery** PPL found matching to the **exact date of his Chase $5,000 withdrawal to pay for forgers service on that date. Everyone, including Notary knew she wasn't PPL, HE fled Chase and state but came back except He left Chase employer. THE FORGER FLED THE COUNTRY,but came back. Even that Chase Bank location closed up and the**

**Fidelity Title location closed up after their knowing part. The f**inancing is based on title of a Forged deed She still has that driver license. **Also** ,On 2.08.2018 forger practice her DL signature from 2009 which is very different from 2018.

From 1992 to 1998, (married at end of1995), Resp also stole **catch up child support** those 4 years prior to marriage from her mail. Catch-up from when secretary with child in 1980 from a dad PPL told to go away from unlawful activity.

12a But for Resp's Vogt,Hall stealing PPL Mail I in 2007-2008 and 2018-2021, PPL would not have been harmed. Resp's Vogt,Hall actions are direct and proximate cause and are negligent. . RespS's Lakeside, Chase our direct and proximate cause of damages.

**DUTY - OCCUPANCY Failure by RespUWCU, FIDELITY, Lakeside #16**

§ 946.10 **(Resp Vogt)** WIS. Stat. 946.31(Resp Vogt) 946.65 (Resp Vogt, § 947.0125 (Resp Vogt) 18 USC1030( Resp Vogt)

13 PPL incorporates by reference the facts alleged in paragraphs 1-12a

14.On or about August 8, 2019, **Resp Vogt stated under Oath** in a written statement to police a**t least Eleven (11) times** that he did **not sign** the check of his that he had handed her. to PPL Exh 10

15. **Conversely,** On about March 29, 2021 Resp Vogt **stated under oath** in Washington County Court in 2019 sc 1484, about **Seven (7) times to the Court** that he actually **did sign** that check and that she actually **did do services** for him.

15a. Resp Vogt used this criminal charge and Legal system to **put her away to die**

**in Prison in COVID** based on his **lie** under oath **so that she NEVER discovers** Resp Vogt and Resp Soine **Multiple** Forged deeds in 2007-2008, 2018, his **forged mortgage** for her ***Front*** Property **before he arsoned** it, admitted **arson** to **many,** and **forged *amended* divorce** Agreement, 2008 **forged (changed)prenuptial Agreement**, stole Court n**otices from her mail, and more** fraud on the Court for a **new** Divorce hearing with forged documents,so that she'll never see the forged agreements as well as cause of a default hearing.

15b Resp Vogts fingerprints are all over his check, it's exactly his signature, it's exactly the same fancy 5 on his 5-5 date on his Under Oath written statement to police. Exh 12. So indeed she did not steal the check. She did not forge his signature. She worked a year for that money, hands down. Anything else is a coverup **planned** ahead **story** to steal **millions** and stay out of prison.

16. Resp Vogt **materially contradicted** his **under Oath** Statements, by their his **written words showing it was *not*** forged, that she didn't steal the check as he stated and Resp Vogts testimony that he really **did** sign the check and she really **did** work for him. He Reaffirmed reality under oath, and that he signed the check and gave her the check,like his text stated.

17 Another Count of Perjury is a **40 year perjury against the State of Wisconsin, regarding** his residence. Even though he lived on Double D, on River Road, on Annie street and others. Even though in the 80s he bought real estate,a

home, he did not report ***any***of his addresses immediately, or when he **renewed** it to State of Wisconsin on his important driver's license**, for 40 years, especially** important since has CDL and other qualifications.

On all **three** (3) instances, **1.occupancy** for home mortgage
2.Residence **tor State**,
3. Residence for **CDL and work**,

he took an oath to be truthful, he willingly made a false statement contrary to the oath. He **believed** that the statement **was not true** and the statement is a **material fact**.

18 Resp Short, Seger, Feucht, Wilson RespS UWCU have **duty** to ***confirm*** **his home** when doing their positions, a **basic** requirement for a **home mortgage**. ***Neither*** did **the financial institution do the check to** make sure he **lived on Double D soon** after the mortgage was complete, as is a ***standard*** to help ***protect*** the **innocent** from **mortgage fraud. Neither did RespS Lakeside, a *trucking* firm, do their regulatory *duty* to check employees Driver's License for correct home address. Resp HUD-FHA *requires* Occupancy for their insurance. Here are FIVE(5) violators by those with a duty. Resp's Seger, Short,Feucht,Wilson,Hall. Here are 4 entities with a duty RespS's UWCU, Lakeside, Dovenmuehle, HUD HUD cannot take mortgages without occupancy. Insurance invalid.**

19 Resp Vogt knows the significance Year after year since 80's that the **license showed** a **False** address, using the criminal benefit of his brothers -mom's address. its especially significant for those with CDL license, refrigeration cert etc.

20 For whatever reason, Resp Vogt has a fun, always kidding, **problem** since very young, like his dad. A dangerous type of bipolar. It has turned into automatic lying, he **says** he can **outwit** the lie detector. He says his meds help him think more strategically. He also said he ***wants*** to go to jail Probably to stop the destruction.

21. But for his obstruction of justice of a false charge, she would not have delay in discovering of all the crimes he did.

22 But for his perjury, as obstruction, she would not have her record affecting her business and risk of losing her home and payments of 37 years. But for his perjury, She would have **discovered** his deed forgeries , prenup agreement forgery, amended divorce agreement forgery much earlier. But for perjury , she would not have an undue **defamatory** action on her record affecting her business contacts. But for RespSLakeside, vessel and support of their crimes, PPL would not have been harmed.

22a. Resp's Soine, Vogt, Hall, Reilley, negligence is the direct and proximate cause of PL's injury. As Respondeat Superior, RespS Lakeside, fidelity, Dovenmuehle, uwcu, HUD are negligent. RespS negligence is direct and proximate cause of Plaintiff's injuries. motive,evidence,coverup. BUT FOR RespS's Lakeside,Fidelity, Dovenmuehle, UWCU support of their crimes, she would not have been harmed. RespS'sLakeside, Fidelity, UWCU, Dovenmuehle, HUD negligence ate the direct and proximate cause of the harm to PPL. Motive, evidence, coverup

**Obstruction of Justice** : **Breaking and Entering, Theft BACK Property**

**§ 946.65** § 943.20 § 943.10 (Resp Vogt, Resp Soine, Resp Hall) N2135 Double D

23 PPL incorporates by reference the facts alleged in paragraphs 1-22

24. Resp Vogt and Resp Soine and Resp Hall broke into PPL home and mailboxes from **April, 2018 to April 2021.** Exh 15 They had no authority to use **stolen** keys, remote to gain access, stolen PO box key. She took photos, since mattress flipped and papers were shuffled. On or about 8.8.19, Resp Vogt, Resp Soine and Resp Hall broke into her car to Steal her, house keys, car key, and remote. They also took a phone in Oct, 2020 via "detective".

25 They proceeded to **break in her home six times on 8.8.19 and through April, 10, 2021,** as well as thereafter. Resp Vogt and Resp Soine and Resp Hall to steal her **real *Prenuptial*** Agreement, the **real *Divorce*** Agreement, **real Deeds**, and evidence of their forgeries and print out texts,and reports

26.**But** for Resp Soine, Resp Vogt's, Resp Hall's **obstruction of justice**, Breaking and entering, theft of her evidence and documents and electronic items, PPL would not have been harmed. But for As RespS's,Lakeside, Wells, Fidelity National,Chase, UWCU support of their crimes, she would not have been harmed.

**27.** Resp's Soine,Vogt,Hall,Reilley, Negligence is the direct and proximate cause of PL's injury. As RespS's Lakeside, Wells, Fidelity,Chase, UWCU are negligent. BUT FOR RespS's Lakeside, Wells, Fidelity Natll, Chase, UWCU **support** of their crimes,

she would not have been harmed. RespS Lakeside, Wells, Fidelity Natl, Chase, UWCU are negligent. motive,evidence, coverup.

**OBSTRUCTION OF JUSTICE: Hacking, Google Tracking, Stalking, Bribing State and Private Companies, Scanning, Obstruction of information needed (Resp Vogt, Resp Herman) Perjury § 943.70(5 § 162 § 146.65 (Resp Kundart, Resp Taft) (Resp Mangan)**

. 28. PPL incorporates by reference the facts alleged in paragraphs 1-27

29. Resp Herman is **especially** fluid, like PPL has never seen before, on Phone maneuvering. Resp Herman sent her an email that he is a google **hacker** and a Cyber expert in earlier year. He showed Resp Vogt how to do it and Resp Vogt is fluid on the internet. Every day when she goes over her claim, they change the words, delete a keyword, add a comma for a different meaning. They also added a threatening word before Wisconsin in the 20 minutes from PPL good document to what was dropped off. I alerted the Court that it was hacked to cancel since not PPL product xh 18 Resp **Herman** is a struggling realtor who uses a different likeness, has been **stalking, tracking, and defaming** PPL, with untrue presentations. He could do real well on real estate with PPLservices, since she specializes with **realtors**. He tried to steal PPL home by trying real hard to get her **updated signature**, for **a real estate transfer** form saying his **"rental" form is** much better. He lied in court **pretending** he was emailing an **atty** at the title company when PPL proved it was actually the **title transfer man at the title company,** shown in transcripts,PPL hard copy evidence and transcribers recordings.

30 On this complaint they mysteriously delete key words; It is known to be hacked since she automatically she cuts and pastes the verbiage. the "but for" and "negligence" lines so there cannot be these different small word changes for a different meaning. Obstructions of Justice in likely 100 acts, even a **bank** teller **assigned** her a User Name, **chosen secretly by Mr.Vogt,** so he could just change the password and be in her accounts. Resp Herman have been **stalking her, tracking her,**RESP VOGT had been paying others to stalk, get information, mess with her, to record yes no and other answers for unlawful purpose and to get information on this Writing, to influence via defamation to libraries so that they cause loud chatting near her, talking loudly near her so she cant focus, the whole time they are open, and to influence the motels to take money to cut her time short so she loses Several days of already paid hotel fees. Six + times this happened. The scheme is to put her out in the middle of the night with no money for gas or food, so that she is **vulnerable for killing her**. It resulted in her not attending a court hearing, among other actions.Exh20. Resp Herman owes her $23,842.00 for his previous crimes before not including now co-consp RG4339. Her computer was ruined when playing "detective" was there.

30. Resp Vogt was able to get his forged documents into the scanning process **Before** PPL could discover the **10 forgeries related to the real estate and more. But for Resp's Vogt's, Hall, Hermanobstruction of justice, perjury , Interfering with Business contacts, Bribery, Hacking, or breaking and entering, PPL would not**

**be harmed. hacked again just today!**

Resp Herman also has on Court record, in Transcript recording, that shows that he **lied to the Court and reversal when ppl showed evidence implicating an attempt to steal her property. Emailing to** Title company, **pretending** to the judge , when judge asked if he was speaking with an attorney. So he said he **was getting legal information from an attorney**, However PPL **proved otherwise.**

He was a title manager. Since Resp Herman was trying **hard to gain PPL updated signature,** and wanted to do **his** "Rental" forms since PPL were "inadequate". He **planned** on **stealing** her home with this signature on this transfer form, pretending it was a rental form. With his title manager going along with it. LJudge hinged on that.

30a **Before** PPL discovered the 10;forgeries , fraud on court , on her prior property, and more PPL tried to mitigate damages, by contacting Resp **Kundart of UWCU** when she had the information on the one he is responsible for.

However, he would not assist, **obstructing** her from getting lawful information. PPL also contacted Resp **Taft of Dovenmuehle** many times but he would not work to mitigate his damages, reverse the mortgage . Both obstructed justice , both hid the closing documents of their mortgage. Resp Krebs being extremely experienced in his field, would have known Resp Vogt had performed a forgery with Resp Soine, Just a feeling if impropriety would have drawn his position to look at the divorce, and then seeing reopening of divorce, "**amended**" divorce document, and a **default** would have

alerted his office, duty to not allow stealing from her, or not rush to put their fraud on the registration. He knew a coverup was his Dept cutting off some of the notaries in the scanning process. But for Resp Krebs assurance to the crime coverup ,PPL would. Not have been injured.

30b "Genius" is not **Bribery or Payoffs, Cheating law.** Resp Vogt felt he is above the law in the decades of crimes he has done. Helped by personally admitting Bribery along the way. **Before PPL knew the 10 forgeries** and more, Resp Vogt **Pretended** to be forthcoming, two times. Once when he **EVen video** taped giving PPL papers that were not **anything** she needed. Probably doing a switch if some sort in his truck while recording. "evil Genius" I guess he thinks.

PPL is fearful of him so , he is not supposed to be near her place, but he drove to the bottom of driveway , a ¼ mile from home She took the papers quickly to view away from him. He did not give her closing papers or what she needed **Second** time Resp Vogt **pretended to show h**er statements That Were Not of the mortgage swiftly , but would ***not*** let her **hold** them to read it or to **take a photo,** PPL dId quickly see the **key date of 2-8-18 with 5400 s**o she wanted photo. The chase statements are not important but PPL did see that forgery date **ATM cash** withdrawal off about **5400.00**! This was the **date of Debra's forgery** on the deed when he **admitted** he gave her $5,000, **that started the mortgage, that created the title, that allowed closing with notaries closing a knowing fraud mortgage. 90 % fled**

30c Resp Mangan obstructed for two years from her getting information on **her** mortgage on her home, but right when almost **too late** provided a **fraction** of the small amount requested. Even so what he provided shows he was **hiding this information** from her., PPL IS **extremely lifelong** harmed. In a concerted effort with Resp Vogt from **payoff** and **bribery**, Resp **Mangan**, once he saw it was *too late* for her to stop the foreclosure or other action, finally released one page after a Phone call on a certified mail. He did not respond to all other **requests and notices Resp Mangan** is part of a couple crimes. His **letter, this statements had misrepresentations of the facts.** He **obstructed** her information from her mortgage,on **her registered** owned home to **assist in Resp Vogt's taking of her property.**

30d. Resp Mangan, Res Krebs had significant duty, they **grossly violated their duty by not to** Stopping the crimes of Resp Vogt. They **assisted in covering** up Resp Vogts mortgage crimes. This is before PPL discovered the 10 forgeries

31 But for Resp Herman and Resp Vogt's obstruction of justice, perjury, interfering with business contracts, hacking, tracking, PPLwould not be harmed. But for Mangan's, Resp Taft, Resp Kundart, obstruction of justice to her gaining the information needed, PPL would not have been so harmed. BUT for **RespS** Lakeside, , Wells, obstructions, she would not have been harmed, and hid the evidence to crimes, that he personally assisted in, and caused very significant damages. Resp Vogt and Resp Mangan had a corrupt deal. BUT FOR RespS's Lakeside, Wells, Fidelity

National, Chase, UWCU negligence are the direct and proximate cause of PPL INJURY **RespS's** Lakeside,Wells, Fidelity, Chase, National, UWCU are negligent.

They supported the crimes, she would not have been harmed. Resp

Lakeside,. **Resps** Soine, Vogt, Mangan, Kundart, Reilley, Krebs Negligence is the

direct and proximate cause of PL's injury. As RespS, Lakeside, Wells, UWCU, Chase,

Fidelity, negligence is the direct and proximate cause of PPL INJURIES .

**32. OBSTRUCTION OF JUSTICE: attempted murders, murder, assaults(RespVogt)**
§ 939.32 § 940.19

. 32a. PPL incorporates by reference the facts alleged in paragraphs 1-32

32b. List of attempts, plotted, contracts to kill follow:

**Chronological:**

a. <2017 **Sharp shooter visit** - scoping out the terrain

b < **FBI screener man** following her, the week after - she was suspicious so she parked by a person outside after going around the block 1.5 times. He was going to follow her home to kill her there. **She came from Resp Vogt's place.**

c. before 2017 FL/Calif Sun fake"Meat salesman" tried to force himself in home

d. On or about April 15, 2018, Resp Vogt was responsible for a **Fast heavy guillotine-*like* overhead shop door aimed at her NECK!** It hit her head instead. (A1)

e On or about April 18, 2018, Resp Vogt gave her **Poisoned red Gatorade**, That **he** poisoned. PPL only drank a little- cap was unsealed and he never gives her a drink.(A2) She felt like she was going to die, got over it

f. On July 1, 2018, Resp Vogt **plotted for months for fake suicide** attempt after telling people for months PL was depressed and suicidal and planting belts to get her fingerprintson them. PPL has not once been suicidal or depressed. . Exh 24

g June 22, 2019 to kill her in Illinois see text force her to Illinois **Exh**

. h. Aug 8, 2019, Kill her in jail with covid or other ways via **perjury admitted**, but she didn't go to jail - she did not do it, he lied. Exh 25

i. Process server 1 contract to kill

j Process server 2 contract to kill

k camper contract 1 contract to kill I heard the **voice** of the go between

Restricted call. Camper told me to answer it. (I know)

l. Camper contract 2 contract to kill

m. Camper Contract 3 contract to kill affid

n. Pay off Motel 1 force out middle of night to kill her Exh 26

o Pay off Motel 2 force out middle of night to kill her Exh 27

p Pay off Motel 3 force out middle of night to kill her Exh 28

q.Arsenic green drink poison - hotel gave a key to poison when she was gone, \
The bottle seal was broken

r Blood poisoning via intravenous Sepsis poison - Resp Vogt knew she was getting more life insurance, so influenced a phlebotomist. Had to take medication to get out of my system. Exh 29

s. Virus swarming in room, flew up in her nose, Called desk hung up, in attempt to give covid at hotel. Hired by 9a (A5) affid

t. A man in lobby talking loud in her face to spread virus, plus try to weirdly get with PPL, to harm her. Hired by Resp Vogt via Herman, other men similar.

u. shoved a DL "for me to trust" him

V. about **40 times** - Resp Vogt female"detective" has threatened PPL - PPL has texts showing this.

W. **25 more times by Arson Threats Against PPL and her Newer Home and her.**

.He threatened to **dismember PPL** starting several times in 2015 to 2018 to "get your property refinanced **THIS year** or ll chop off your limbs and enjoy it" ,
"I'll torch **your** home and the forest with it",
"refinance **your** place out of my name or I'll bomb your place ,. EXH. 38
**I don't care if you are in it"**
"Refinance this year or next or ill torch your place and the forest with it" affi
"Get your place refinanced or I'll rip your arms off"
"you like your arms?" as a ruthless reminder, putting most fear into her nervous
He sent these in texts as well.

He probably thinks it's "Evil Genius" to threaten so bad to make it LOOK like he wanted it **out** of his name, so it LOOKS real, when **all along** his goal was to steal it all. He knew her income would jump in 2019 because of pension and social security.

**Note he called it "your"place in those three (3) years above threats.**

**He hid the fact that Resp Soine had already transferred, forged it to him.**

When in reality it was HIS **threats she took seriously** because if his prior monster type attacks on her and others, with witnesses all stressing on others within one second of . death. And his divulging of secrets, that she feared. Many with long term experience of him knows he snaps. All are fearful of his earth shattering yell. PPL doesn't yell, even when the most important people are at risk.

33.He **pretended** he wanted it ***Out*** of joint name, while forging **his name in with Resp Soine signing as PPL,** Joint was ONLY from temporary building as closing marriage but she still paid for it, and still 100% hers as agreed in various formats, Prenuptial and actual registration to her. **His multiple plain as day forgeries, for "amended" divorce agreement and default judgment, via stolen mail since PPL never received any notification of hearing or anything.**

**Coworker** Resp Soine to forge PL signature and **appear as PL** taking PL Name OFF PPL name. However everybody knew, and fled, Everybody knew and got paid A substantial bribe by Resp Vogt. did not take or **steal *his* west bend homes**, and **shop**. Without these major crimes, we set him up good in west bend.

PPL realizes **now** that it was **partly to cover his many forgeries** since at least as far back as 2007. 2008. ***So she never discovers them***. PPL is **constantly on edge** at home since **she doesn't know what he will do next**. She cannot focus at home.Unless he is where he**"wants to go to jail" his words** Affid. Probably to be free. PPL is too afraid, she doesn't know what he is going to do.Resp **Vogt** admitted to

**killing a coworker, Myron** previously. He stated many crimes since he was going to kill PPL **pretending Suicide**, so he got much off his mind .

**34.a.Multiple attempts** on her life **soon after his forged mortgage, forged amended**

**divorce agreement, forged prenuptial agreement and the *secret* hearing.**

Many of the attempts were right after the mortgage steal, home equity steal of her home on April 3, 2018 Exh 39 Affid

.

Resp Vogt has attempted murder **multiple** times, It **is not right that Prose PL** Cannot be safe at home that she alone paid on for **37 years,** especially with Resp Vogt having clear easy access with keys stolen! Affid

35. But for Resp Vogt's obstruction of justice to attempt to kill her to hide his many crimes, but for the fear he put in her, but for the 10 forgeries processed many years earlier, but for Resp shorts participation, but for Resp Feucht rubber stamping the forged deed even though an experienced title person would have seen that it was forgery, but for dress put upon PPL by Resp Vogt, , but for Resp Halls notarization,but for the little she knew about Resp Vogt as a person, she would not have been harmed.

But for interfering with business contracts, hacking, tracking, PPL would not be harmed.

36. Resp Vogt's , Resp Short,Resp Feucht,Resp Seger Negligence is the direct and proximate cause of PL's injury.

motive,evidence, coverup.

BUT FOR **RespS's**, Lakeside, Wells, Fidelity National, Chase, UWCU support of their crimes, she would not have been harmed. Resp. Resp Lakeside, Resp Wells, Fidelity National, Chase, Resp UWCU negligence Is the direct and proximate cause of PLP injur

ILLEGAL DEAL - Payoff
(Resp Vogt , Resp Mangan)

37. PPL incorporates by reference the facts alleged in paragraphs 1-36

38. Resp Vogt and Resp Mangan had a deal to **obstruct PPL di**scovery, to process the Fraud Mortgage without her knowledge and without telling her the new registration was different. RESP SHORT also would not clarify nor would his bank. RESP Vogt did a mortgage refinance , without PPL appearance , misrepresented that the mortgage was really a joint mortgage, that "credit uni[redacted] it d[redacted] because not married, and it "had to be run through his checking account". He lied and misrepresented that it was a joint mortgage. She was surprised he could d PO babjoint one without her

In June of 2019, PPL saw a copy of the home equity check In his name alone
$17611 28, m
when he **yelled over and over for 1.5 years that "there was no home equity.".**

**PPL also was bothered that he did a mortgage without her and that he would not show her the papers.**

In 2021, when the credit union knew they messed up with a fraud mortgage, they allowed wire payments from her directly to the mortgage.

There was a sum of $276,900.00 paid to Resp Vogt for the corrupt ion if the group.

But for Resp Mangan withholding the information, not identifying what the $276,900 is .

for, and obstruction of justice,and but for Resp Vogt withholding mortgage information, Lying about the registration,lying about there was no home equity, and doing a payoff to Resp Mangan for the $276,900 corrupt crime, ppl would not have been harmed.

36a. Resp Vogt, Resp Mangan Actions were the direct and approximate cause of PPL injury. .

BUT FOR Respondeat Superiors, Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU support of their crimes, she would not have been harmed. Resp. Resp Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU are negligent

motive,evidence, coverup

FORGERY IDENTITY THEFT
(Resp SOINE ). ((RESP VOGT) (Resp Hall) (Resp Mangan)
§ 943.38. § 943.201

**CONSPIRACY TO ARSON FRONT PROPERTY after FORGERIES,**

**Payoff from Bank for Resp Vogt to arson PPL home**
§ 943.02

(RespVogt) §943.03 §943.20 §939.31 §946.82 §946.80
(Resp Vogt-arson) ( Resp Vogt, Resp Soine, Resp Hall)

**Plan to arson on front property**, Resp Vogt **lied to PPL that the FRONT home went into** foreclosure, when it did not. The insurance from the bank paid Resp Vogt, **well** after into foreclosure, **an possible illegal payment under bankruptcy rules if that is w** , Resp Vogt, Resp discovery is needed.

Hall, Resp Soine made **deed forgeries** away from PPL,

then Resp Vogt did **arson,** secret pay off to just before the fraud mortgage from forged deed dated **2.8.2018**

RELEASE on **12.5.2017** (just prior to the Back home forger deed and fraud mortgage on Back property Exh 40

37. Plaintiff incorporates by reference the facts alleged in para 1- 36

38 In October, **1985**, Resp PPL Purchased her home on 72 acres with her retirement lump some from saving since **1977**. On **December 10, 1994**, PPL **completed** a specially designed addition to the family home plus an office. Affid

39. On or about **August 15, 1995,** PPL and Resp Vogt **Signed Prenuptial Agreement** which stated that Resp Vogt keeps his Real Estate and Retirement assets and **PPL keeps her Real Estate and Retirement Assets should they divorce. Affid**

40 On or about **September 25, 1995**, Resp Vogt and PPL married.

41 In 2007 without argument, Resp Vogt wanted a divorced. He was the petitioner in reality. He made out the paperwork. PPL had been married about ten years, in 1997 he quit his job to focus on his tractor pulling hobby. That was fine with PPL.

42. Resp Hall, Resp Vogt, Resp Soine, **made an agreement to Commit a crime and by delaying a payment on the FRONT home** that Resp Vogt forged **deeds, Forged prenuptial,** and forged **amended divorce, then schedule a secret new divorce hearing for the forged amended divorce document. It is not legally Resp Vogts, property; It is PPL property.**

**The plan:** They Agreed to arson in their scheme., Resp Vogt, and Resp Soine, Resp Hall, **planned to arson**, they **first forged the deeds** out of **PPL name into Resp Vogt's name, then forged an amended divorce agreement, default** divorce via mail theft, **then Resp Vogt arsoned front home**. Then **insurance payout** of $276,900.00 to just before the next forgery. A conspiracy action to **arson** her **special** home she already had sold and just finishing paperwork, **after Resp Soine forgered of deeds to Resp Vogts** name and **Forged amended** divorce, **Forged prenuptial** agreement, **mail theft po box and mail box**, to **hide the new divorce hearing**, resulting a **default hearing** that PPL did not see until recently. **He stole $276,900.00 of PPL property that he arsoned. Affid Exh 41**

43 They **agreed by deed and actions**, they need **not** be expressed and may be circumstantial. With evidence of the **forgery deeds to Resp Vogt timing, with his arson. Then with the insurance proceeds being paid out just a couple months before the next forgery of the back property.** Evidence, motive, coverup

On or about July 15, 2008, Resp Vogt arsoned PPL home. Exh 42

In 2007, and 2008, Resp Vogt had stolen PPL Drivers License and other identifying information and gave them the Resp Soine to practice PPL signature. Exh 43

43a. On or around Oct 1, 2008, PPL and Resp Vogt became divorced.

The prenuptial agreement and the actual divorce agreement were congruent in that Resp Vogt and PPL each **retain the real estate and retirement assets** had before marriage should they divorce. Affid.

In 2007 and 2008, Resp Soine **forged** PPL signature on a prenuptial agreement and

**forged** PPL signature on a divorce agreement changing the terms. Exh 44

**The $276,900.00 check was made payable to him AFTER the 10 forgeries processed in 2007, 2008. Exh** 44 Resp Vogt told PPL that the home had gone into foreclosure, so she did not think about insurance. Resp Vogt lied misrepresenting that the home into Foreclosure so he could ***steal*** the funds from her. Resp Vogt had the Insurance payoff check held back until right before the next forgery set.

Resp Soine and others **intentionally received payment** for their assistance to **hold back the $276,900 payment** until Dec 5, 2017. Exh 45

They had an **agreement to commit a crime** that is necessary for **substantial income.**

44..Resp Soine forged secret **amended** divorce agreement to finish stealing PPL back Very special home with a **forged** Prenuptial agreement. Forged **amended divorce** agreements PPL never received notice or saw, to this day, because of his crimes of **stealing her mail.** So the hearing resulted *in a default*; PPL was not there, she knew nothing about it. He calls himself "Evil Genius" to many His objective was to steal another $276,900.00 that PPL. Now just saw on LEXIS another $140,000.00 that she just discovered on her **current back home. Affid, Exh 46**

**Breach of contract for $17,611.28 home equity copy of check** for 2021 could solve **immediate** problem, after all **HE caused the fraud mortgage,** He stole millions over years, HE made the agreement so he should pay what what he promised **for now j**ust the 2021 payments to **stave off foreclosure harm, or**

**deed in lieu harm.** His unfettered pattern Of misrepresentations, stealing, forgeries. **Crimes just very recently discovered. Continued hacking, 12.14.21)**

**But for** Resp Vogt's, Resp Soine's harm, PPL would not have been harm.

Resp Vogt's Negligence is the direct and proximate cause of PL's injury.

motive,evidence, coverup. Resp Lakeside, Resp Fidelity, Resp Chase as Respondeat Superiors.

BUT FOR Respondeat Superiors, Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU support of their crimes, she would not have been harmed. Resp Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU are negligent AS Respondeat Superiors

motive,evidence, coverup

## BREACH OF CONTRACT
## (2021 Mortgage Payments- stop foreclosure)
(Resp Vogt) § 402.725

34. PPL incorporates by reference the facts alleged in paragraphs 1-33

35. On or About **Feb to April In 2020,** Resp Vogt **promised to pay the mortgage payment of $1342.72 and taxes for 1 year starting in 2021**, as compensation for the **$17611.28 he stole of her home equity in 2018,** almost three (3) years earlier. Exh 47

35a. This deal was offered from PPL to Resp Vogt in order to **"Save Face" before** she knew of the many other crimes against her. His 17611.28 theft of her home equity

from mortgage steal and forgery on Feb. 8, 2018, *figuring* **small interest** for the year that RESP Vogt had the money and PL did not. He yelled **repeatedly for two years that** he did not have any home equity. This was **before she knew** it was in his name **alone** without authority, but then I discovered a picture of the home equity check.

36. PPL kindly offered the payments to be started up right away, however, Resp Vogt accepted the offer when he stated "come next year". Exh 48

37. Plaintiff accepted his **new terms** with "okay". However, he broke that contract and has not paid any of it and refuses to pay any of it. Exh 49

38. It is especially enforceable because ***he is the one*** **Obligated**. **He is the one *who stole her property*** who ***signed the mortgage document*, #1445408808.** misrepresenting he lived there. Affid Exh 50

39. Also Resp Vogt did **not** make PL aware that he changed his mind in 2021, **part of his plan intentionally** trying to **cause foreclosure** on Her Property that he stole so he can **gift to someone and all can get kickbacks.** When dealing with a grenade that could explode at any time, as he does, it is hard to talk to him for fear of him snapping. He needs authority and accountability.

40. But for Resp Vogt's **breaking his promise** to pay for this year's mortgage and property tax, but for his false charge, his conspirators, driving out PL Business, their defamation,PPL has to **pay attorneys because of his perjury** actions, PL would not have been harmed as much.

41 For past two weeks, Resp Vogt has sent men to talk to me to give yes no answers its automatic. I am sure they are recording this to change this or something else to Change the reality of the situation. More obstruction of justice conspiracy.

While PPL does not want to be rude, she also doesn't want to say anything.

41. RespVogt's negligence is the direct and proximate cause of Plaintiff's injuries. motive,evidence, coverup.

BUT FOR Respondeat Superiors, Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU support of their crimes, she would not have been harmed. Resp Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU are negligent AS Respondeat Superiors

motive,evidence, coverup

**OBSTRUCTION OF JUSTICE ; MAIL THEFT, WIRE FRAUD**
**(Resp Hall, Resp Vogt)**

42. PPL incorporates by reference the facts alleged in paragraphs 1-41

43. Resp Hall, a couple blocks from the **FDL** Post Office, used her **PO Box key** to take important letters, deeds, hearing notices, evaluations, and letters, general notices from her PO Box in Fonddulac, in furtherance of his **forgery notarizations**. **Exh 51** FDL had scanned in documents cutting off notaries authentication, and notary name.

44. But for Resp Vogt, Resp Hall, and **PO Box key,** stealing her mail, she would have been aware and the harmful divorce changes would not have happened against her so she would not have been injured. Resp Hall is near the fond du lac library, so after he stole the keys a year earlier, when he saw my car parked, he dropped off at the desk running out pretending that he "found" the keys. However the extra po box key is still missing and that post office is a block away. Affid Exh 52

45. Resp Vogt and Resp Hall negligence is the direct and proximate cause of Plaintiff's injuries. motive,evidence, coverup.

**IDENTITY THEFT MORTGAGE FRAUD, OCCUPANCY FRAUD back property (RESP VOGT, RESP HALL, RESP SHORT, RESP SOINE, RESP SEGER, RESP FEUCHT, RESP WILSON) Exh 53 Exh 60**

46. On or about **February 8, 2018, Resp Soine performed deed forgery,** on or about the Feb. 23 2018 they performed the **title insurance taking it away from PPL** for a **forgery closing** a month later on April 3, 2018. Resp Vogt stole PPL Drivers License and gave it to Resp Soine to use to **forge PPL signature on a deed** toTransfer ownership to Resp Vogt. Resp Soine presented herself as PPL Resp Hall notarized it **knowing** she was not PPL. Resp Vogt lived in West Bend throughout this period. He did not live on Double D, only PPL lived there and can do a mortgage. On or about April 2, 2018, Resp Vogt stole PPL Drivers License and gave it to Resp Soine to use to **Forge PPL Signature to close a mortgage**. Resp Seger knew it was not PPL before her but she closed and notarized it anyway. **All three fled, country, state and both notaries fled employers. However, Resp Soine came back from overseas, but fled again when PPL discovered the $17,611.28 check. Exh 54, Exh 55 Affid.** Resp Short also knew and was involved with the planning with Resp Vogt. Resp Wilson, Resp Feucht had a duty to review the deed transfer. They have experience, they could easily seen she had this property for 37 years, if they looked at the record at all. They **could have stopped** fraud in the tracks, because with their experience a **quick review of the divorce would indicate foul play** with the **default** hearing after **amended** divorce agreement and prenuptial agreement. But they chose to not do their due diligence duty

and allow Resp Vogt to steal her homes. It was a breach of duty on the part of Resp Segar, Resp Feucht, Resp Wilson, Resp Hall, Resp Short. **At least $25,000** estimate of equity of PPL Back property where PPL lives was taken. Additional duty on the part of the mortgage company and the Title insurer, is the fact that **Resp Vogt had no occupancy** On this new "home" mortgage **either.** Exh 56 He did not own it and he did not live there, although Others **did and know** he did not belong anywhere on a deed. **Resp Hall notarized Resp Soines forgery of PPL signature on about 10 documents** as if it was PPL signing them. Exh 57 Deeds to joint, then to Resp Vogt, Prenuptial agreement forgery notarization, and Amended divorce was also forged by Resp Soine.

BUT FOR Respondeat Superiors, Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU support of their crimes, she would not have been harmed. Resp Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU are negligent AS Respondeat Superiors

motive,evidence, coverup

**NO OCCUPANCY = NO MORTGAGE. BACK PROPERTY**

**Exh 58 § 943.82**

47. Resp Vogt **secretly issued a check** for the closing at PPL mortgage on or about February 15, 2018. The mechanics of the check itself is **proof it is a secret from PPL.** The mortgage company also **secretly worked with Resp Vogt** had her old mortgage company created this mortgage; they hid the transaction, pretending that they did usinjg an email of Donald's, etc. **But for** Resp Vogt, Resp Soine, Resp Hall, Resp Feucht, Resp Wilson, Resp Seger, Resp Short, actions, inactions, PPL would not have to worry

about her home being taken from her after 44 years of payments, which includes the lump sum original in 1985. Resp Seger, Resp Short had a duty to **verify his address.**

48 Resp Vogt,Resp Hall, Resp Short, Resp Feucht, Resp Wilson, Resp Soine, Resp Seger's negligence is the direct and proximate cause of Plaintiff's injuries.

motive,evidence, coverup. Affid.

BUT FOR Respondeat Superiors, Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU support of their crimes, she would not have been harmed. Resp Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU are negligent AS Respondeat Superiors

motive,evidence, coverup

**Mail Fraud/ Wire Fraud BACK PROPERTY (home)**

§ 943.89 **§ 943.82 §** 943.90
( Resp Mangan, Resp Short)

53. Plaintiff incorporates by reference the facts alleged in para 1-52

54. On **DECEMBER 2, 2021**, ProsePL finally received mail to her home address of N2135 Double D from **Resp UWCU addressed to Resp Vogt**, even though they are **well aware he does not live there,** and that he **did not live there when they made the unlawful HOME mortgage** based on a forged deed on 2.8.18. a coverup

55. They had got that mail out **just days after receiving certified mail for Lis Pendens from ProsePL.**That mail would be in **furtherance of mail** fraud. PL can't open it since it is addressed to Resp Vogt. **Exh 61.**

**Wire money coming *in* was fraudulent as shown, as is known by the Resp Mangan**
**Wire money coming out was fraudulent as shown, as is known by the Resp Mangan.**

56. On Dec 1 2021, **soon after mail receipt of** the Lis Pendens **certified mail from Prose PL** to **Resp Wells Fargo** Tim Mangan. NOW THAT **coming under the wire ,**

**after receiving this before but now under the wire to slip his coverup** in **under the radar, she** finally gets a call from the Resp Mangan's dept, then he sent with a letter including **misrepresentations**, and some **verbal untruths** and a **showing of assistance** to help Resp Vogt **finish** stealing her home. Affid They finally sent just one sheet which indicates impropriety she r**equested** repeatedly by ProsePl two **(2)two years earlier** in **person** and on **phone to Wells Fargo**. ProsePl notes a few showings of impropriety

An example of Resp Mangan fraud is in **accepting the wired money under false pretense, pretending it came with Donna's knowledge** but actually communicating under **Don's email, pretending it is Donna's,** KNOWING It isn't hers. Exh Affid And a **phone** number that is supposed to be PPL phone number however it is not her's. **She had no notification of this. It was a coverup. Resp Mangan misrepresented further.**

**1. After several contacts, over a years, to get information , finally they send something Exh 62**
**2. It shows the coverup. Exh affid**
**3. They only reason to have a delay is to COVER IT UP because of payoff exh affid**
**4.The significant delay in information after**
**5. Leaving unanswered messages, faxes,and with no Ability to get more information**
**6. . the coverup with the Donald's email versus PPL email, Exh 63**
**7.. the false representations in their new letter,**
**8. A phone number that is not her phone number but misrepresenting as hers**
**9. A refusal to give her the information Exh 64**
**10. The fake interview investigator, to cover it up. Exh 65**
**11 add up to a coverup. Mail fraud , wire fraud Information for UWCU to mail the check to. Exh 10**

**57**. Resp.Vogt has no respect for the **privacy of ProsePL mail**. Or to stay a distance from her property. He has **admitted by text with "F..k You!"** of going into her box, and performed a series of mail fraud, wire fraud actions. He used the mail system to defraud PPL on her ownership of her home, by stealing her mail repeatedly, even though any time she found out she would scold him, and told him he cannot be within
5 miles of her home. Exh 66

**58**. But for Resp Mangan, delay in producing information, and Resp Vogt using the **mail and wire systems to evade and coverup their conspirator crimes,** to influence them, PPL would not have been as injured

59. RespMangan, are the direct and proximate cause of ProsePL injuries

motive,evidence, coverup

BUT FOR Respondeat Superiors, Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU support of their crimes, she would not have been harmed. Resp Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU are negligent AS Respondeat Superiors

motive,evidence, coverup

**Breach of Contract**
Marriage
(Resp Vogt) § 402.725)

60. PPL incorporates by reference the facts alleged in paragraphs 1-59 The marriage was **processed under fraud** and should have been annulled as **prior** to marriage and **at** marriage Resp Vogt promised to PPL, in **verbal** and **written** form, that he was **indeed** the same sexuality, when he was not. Resp Vogt knew that it was a **requirement in *order*** to get married, and he **promised** he was the same sexuality. Although he seems like he is, there are some that told her he wasn't and there were other indicators. But she believed him then. He was not upfront and **honest,** and was excited for his free lifestyle with her income and no need to work for him. When he promised her that he was the same as PPL, she hoped she could give him Substantial supplements to cure his issue when it came time to try for children. She is always fertile, so any relationship had to have protection. However, he actually does not like women hands down as she was told, and it is difficult for him to even touch them. The **first time** PPL had the tingles was **over the age of 60** with a boyfriend. PPL found **club cards** in the wash that indicated his only preference. PPL already figured.

61.This is **not** Defamatory, as **everyone has a choice.** It would have been only right to state the truth from the beginning. Just as if someone thought PPL was lesbian. ***If* PPL promised *she* was** heterosexual prior to marriage and the husband found out **she was actually <u>lesbian only</u>,** the husband would ***have*** to get an annulment. As a heterosexual man, **Husband would be LIVID**. Prior to marriage, **PPL owned the 72 acres with special features and a home 10 years prior to marriage**. She **worked**

**Long hours and lived and worked almost exclusively on the same property most all her adult life**. This hotel hopping to stay safe is not her thing, but she needs to be safe from him. They have been divorced for about 14 years Since PPL discovered **all of these** forgeries, the arsons, the way he is, PPL have not spoken to him directly. He did indicate that the **only thing** he disagreed with on her pleadings was the 2020 contract to pay the mortgage and property tax in 2021 to "safe face" ***for him*** on his home mortgage steals, but that was prior to PPL discovering all the tremendous other crimes against PPL. Exh 67 Proof PPL did not Cheat or have relations, is PPL actually had only discovered **electrical impulses, the tingles,** until after the **age of 60**. She didn't know. Affid

62. A ***contract existed***, there was a specific Requirement, and the **term was material** part of the agreement but it was broken from the start and the marriage agreement was signed under false pretense. But for PPL been aware of that fact, she would not have married him. The marriage itself was **processed** under **fraud**, false pretense and **should have been annulled**, as prior to marriage and at marriage Resp Vogt **promised** to PPL, in verbal and written form, that he was **indeed the same** sexuality, when he **was not. But for** PPL been aware of that fact, prior to marriage that she would not have married him. PPL has evidence of his only form of sexuality. By promising to PPL that he **was the same** sexuality, **prior** to marriage, knowing it was **contingent** on ***that fact***, and then ***signing*** the marriage

certificate is in itself, **affirming** his same sexuality as PPL, a showing the marriage certificate was **signed under fraud.** Thus the marriage must be, could be nullified. As a fraud marriage is annulled, there is no **secret** divorce hearing to rubber stamp the **fraud** on the court of the **forged** amended Divorce agreement document and **forged Prenuptial that** affected her **real** ownership. Exh

As stated, the previous pleading, **Resp Vogt did not disagree**. He **only** disagreed with The Contract to pay the 2021 payments and interest to amount to the $17.611.28 home equity check she found.

PL discovered another **$80,464 cash stolen** from the building fund recently.

Exh 62 motive,evidence, coverup.

**FORGERIES**

63. Resp Soine had **forged** PPL signature on an **amended** divorce agreement and on a **fraudulent** Prenuptial agreement to benefit Resp Vogt to steal PPL homes. Resp Soine also created deeds and signed deeds forging PPL signature and using PPL **Stolen driver's license**, to effectuate the **ownership to Resp Vogt.** Resp Vogt had stolen PPL license and gave it to her to practice.

64. Two months later On December 5, 2017, Resp Vogt received **$276,900.00** From a check Resp Vogt received for her home damages from his **arson. Exh 64** Yet he admittedly intentionally causing the fire. He admitted in 2015 to many that **he caused the fire. It is legally only PPL home single name without the forgeries. hack huge deletions.**

65. **Instead,** since she wasn't dead yet in June **2019** when she discovered the $17611.28 check so he wrote a **false Oath affidavit** to the Police to get rid of her. However, On about March 29, 2021 he **admitted repeatedly under Oath** to the judge that he **really did sign the check**, that she **really did do services** for him, all year. Exh 65

66 PPL contends that given her history of previous income, **he has millions in balances in accounts**, in sheltered, hidden, but accessible non taxable distributions. Resp Vogt **divulged on July 1, 2018** that he regularly **influenced** officers and diverted Crimes to **others, *after*** PPL told him she could not **believe** how many of crimes he gets away with. On or about August 3, 2019, Resp Vogt bribed Officer Garcia, he accepted to arrest her **without her knowing why** she was getting arrested or allowing her to flip out her phone to show Resp Vogt text that stated in his own words that he **gave her the check**, so she did not **steal** it, it was all planned out the previous year. This arrest was real obstruction of justice to prevent PPL from **seeing, finding** his 10 forgeries on deeds from 2007- 2008, and what he ***really*** did with the mortgage. And the recent arson pay off and the additional $140,000 that she recently discovered taken from her home equity. A secret **new divorce Reopene**d hearing he had scheduled for a **forged amended divorce agreement she never signed or knew about** until last month, on which Resp Soine forged PPL signature to it for him, she signed on a **fake prenuptial** agreement with different terms that she never saw. **A Divorce is a Divorce.** Can't

just steal the spouses assets via forgeries and fraud on the Court. **Exh 66**

**67. Resp** Vogt has influenced at every turn. From August, 2019 to February 2021 PL faxed complaint to the **six (6) times to report break-ins**. All she had of general value was hard copy evidence, prenuptial agreement, Social Security card, deeds, copies of deeds, print offs of much evidence. Exh 69

68. Daily at least **about 18 days, from November 21, 2021 to now, dozens of deletions, slight word changes, deleted a whole section, messed with my , top margin too ridiculous wide, to this day now continues. Where it is stuck so I cant change.** Resp Herman and Resp Vogt has intentionally **hacked** into PPL documents computer and library computers to intentionally gain access to data in a system without permission to access to **change** that data, to delete, change words in her Google docs mean the opposite. Resp Herman also hacked into the libraries that she attends to work on this suit. Resp Herman is a self described cyber expert, and Google hacking expert.

He sent PPL this message by written email, Exh 70. Even though she was not interested, she sent her some instructions so it is very likely he shares it with everyone, such as Resp Vogt. Resp Vogt and Resp Herman **caused** her document to have a threatening word included at the top left. They interfered with her contract with UPS, by defamation, and then printing of the document that was hacked, within 20minutes of the actual document.

motive,evidence, coverup.

A **Dangerous Octet**

69. PPL incorporates by reference the facts alleged in paragraphs 1-68 Left unaccounted for will bring much more damage to others.

They likely picked on others. Old women with almost paid off mortgages are candy to them. As a conspiracy **pattern of money making venture**, paid to various in the system,

with their special access to information, itemized here further, Illustrated individually but below as a group for that common goal of stealing high real estate equity.

Each with their own specialization

1.Resp **Vogt -on the ground contact** while taking. **mail, stealer, arsonist Exh 71**
Get forged deeds in his name, **title, get insurance, arson it but**
**Deflect the fire to someone else**. (usual - His unaccounted for rap sheet is huge.)
**Tell the owner it went into foreclosure** So no money from it.
Resp Vogt told PPL he had been paying off people all his life. Since age 17

2.Resp Soine **Forger** and **presenting herself as another**

3.Resp Hall **Notary for deed - mail stealer** and notarize known forger

4.Resp Seger **Notary, closer** to quickly get the mortgage done and notarize known forger

5.Resp Short **Mortgage officer** to quickly get the mortgage done

6.Resp **Mangan - access to these mortgages ripe** for stealing

7.Resp **Campbell** - do **nothing investigator to lend** an ear - find out **what is discovered so far.**

**8.**Resp Fidelity Title **Feucht** - to **quickly get the fraud title done** after forgery

Each did their unlawful part **knowing** it was fraudulent

Each of the eight (3) **doing their part** for the common goal of to **steal a lot very easy**

**Thede onspiracy Groups as a whole or individually, as shown below.**

There was a **secret** divorce **re**-hearing, ***after the divorce***, to hear for his **forged prenuptial** agreement, **forged amended** divorce agreement Forged deeds in 2007 and 2008 PPL single name to Joint name; and Joint name to His name alone helped along. **Mail stolen** from her **home mailbox *and*** her P O **Box** in FDL, Bribery and payoffs In fond du lac county, clerks and more.

**Total stolen over $*2 million***

**70 Which old lady or good man is next with alot of equity is next?**

**71.** With so many ***performing*** their **individual** important part, and **evidence of *knowing*** that they were doing this part ***for the overall scheme of stealing millions***, likely from others as well, it could be classified as conspiracy. It is a conspiracy as it all fits together. Not including marriage thefts, not including the funds he owes in contract of promised child support if children **finished school early,** and not including the **12 years of back child support** from when I was a **single mom with baby and the state caught up**. Not including checks of mine he cashed. His aim when dating was finding a Donna with asset and good income, same name Don Donna,so that when married he **could cash PPL checks**. He has influenced **two bank tellers** for this activity.

BUT FOR Respondeat Superiors, Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU support of their crimes, she would not have been harmed. Resp Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU are negligent AS Respondeat Superiors

motive,evidence, coverup

72 **276,900 Front property recent entry notice 12.5.17**
(**right before** the forgery **back** property of **2.8.18)**

**Apparently Resp Vogt got paid $276,900 on PPL property!**

**626,900 front property arson benefit and equity.**
**140,000 back property home equity stolen**
**80,464 cash stolen - found a bank ledger**
**25,000 home equity from back property**
**350,000 home sale net on back property Exh 72**

***>$2,000,000 total benefit for Resp Vogt that PPL only paid the mortgage on.***
motive,evidence, coverup.

***# 1 ARSON* § 943.02 § 815.20 *FRONT PROPERTY***

73. Arson of N2147 in July 2008. $550,000 value PPL's front bigger home/office/pond - island previous property - (PPL had future plans for that) so she already had it sold just finishing paperwork with buyers attorney Then he **arsoned it**.

He **intentionally arsoned** PPL **front home.** Resp Vogt admitted in 2015, and bragged loudly at work and some restaurants **for business**. He got some.

With the Forger along side and his Notary willing to notarize forgeries just prior to his "didn't want it there" arson but really money.

**FRONT HOME**

**Resp Vogt/ Resp Soine/ Resp Hall CONSPIRACY ARSON DEAL**
**Insurance Bribes taken Payout on 12.5.17**
**Transaction Entry, FRONT HOME § 815.20**
**Right before the 2.8.18 Deed Forgery of BACK HOME**

The front home **burned down in 2008**, yet a **payout secretly happened on 12.5.17.**

74. On 12.5.17, a **secret $276,900.00 was paid out to Resp Vogt.** It's was a secret side bribery deal **for** Resp Mangan purpose.

Resp Soine **forged PPL signature,** plain as day, she had been using **PL 2009 signature from PPL driver's license** she stole by holding onto it instead of returning it to PPL. …

Later, **Resp Soine signed multiple Forgeries on the Back Home**, <u>separate</u> parcels. PPL back property. Discovered recently are the **10 forgeries on that front** property, That went from her single name to joint then another joint to him.

Resp Vogt received a $276,900.00 payment on that front home, When it was really PPL property and he also burned it down. Admitted, proud of many. Exh 74

75 **But for** Resp Vogt, Resp Hall,Resp Soine forgeries, PPL would have been able to use the property for good use, much of her lifelong dreams with the land. Rsvp Vogt, Resp Hall, Resp Soine, Resp Mangan, liability is direct and proximate cause of Prose PL injuries.

. Resp Vogt told PPL that the Front Property went into foreclosure. He was lying, so he could steal the proceeds of his arson.

76. At least one forged deed the **notary is cut off in the scanning process**. **Then** Right after the fraud closing, **soon after this $276,900 check**, Resp Vogt personally had **plotted months earlier for a fake suicide** to happen, attempted murder on her, friends informing her he was messaging that PPL was depressed and suicidal but she never once was. He also made contracts to kill her and attempted on her life a total of

20 times ***starting* right in the *same* month** he did the **secret 2018 fraud closing** from plain as day forgery plus **no occupancy**. He regularly calls himself "Evil Genius", since he pays off people to have things go his way. The participants **fled the country** and **state**, most came back since PPL hadn't discovered it. **He misrepresented on the home mortgage that he was an occupant in 2018** as well yet it was clear from his **driver's license** that his home is in **West Bend, is for 14 years**. PPL prays **this** Court to stop all takeover of this property, that she paid on all her adult life, since started saving for the down payment **in 1977, since secretary, $1 million** spent in payments, gone. Affid

77 Resp Vogt and PPL did not argue throughout marriage, or prior, but immediately after marriage the neighbors had to call law enforcement then he got on medications. Resp Vogt, Resp Soine and co-conspirators, Broke In **6 times to steal her evidence** of the **real divorce agreement**, and the **real prenup agreement, and real deed copies,** several times since his secret closing. Affid Exh 75

BUT FOR Respondeat Superiors, Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU support of their crimes, she would not have been harmed. Resp Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU are negligent AS Respondeat Superiors

motive,evidence, coverup

**NO Occupancy= NO Mortgage. § 943.205 § 815.20 § 943.82**

**Forgery Deed = No Mortgage They must not sell this away.** Mortgage Fraud

**78 This is** also about the forgeries in 2007, 2008, including the just seen in **Dec, 2021** delay ***in the transaction until 12-5-2017***, right before they planned on the next heist on **Feb 8, 2018.** In April, 2021, PPL discovered another **$80,464 in cash stolen**

**by Resp Vogt.** He is a trickster, **friendly on the outside** while doing things against the person that has something he wants. He changed PPL oil a couple times when he wanted to steal PPL drivers license.

**79** **Secondly**, for the harm of Resp Vogt **arsoning** PPL special family home/office when she **already** had a confirmed buyer, taking from her children, grandchildren since she planned on buying it back and with plans for her community of CampFuntastic summer educational camp and Boy and Girl Scout camp in fall, winter and spring on that interesting varied land parcel. **PPL is most especially concerned for the forest and the Kettle Moraine Forest.** He has done such a pattern, and **needs to get it out of his System evidently, when PPL was talking to him about it.** PPL

**80.** Out of the whole of about **444 payments**, 37 yrs x12 months,not including her down payments, to mortgages,on same land property, the **only payment (.002) coming from Resp Vogt,** was the very **secret, unlawful, and *covered up* closing check** payable to Resp Wells. Proof it's secret at the time of use in various forms. Separately, he is a talented technician, tractor puller, who stole **millions from PPL over** the last 26 years, out of an 11 year marriage, mostly by influencing those with a **duty at banks,** and **at** government agencies from national to local, two cell phone companies. His conspirator stole PPL phone. PPL worked **60-80 hours a week** all her life day and evening, often with children at side as helpers; Resp Vogt worked **half** his life, stealing from unemployment and workman's comp. Although known to be goof off at work, he now is working decent hours since all these additional forgeries, stealing, arsons have had officer questions upon him. As a recent **coverup** on **arson, after 15**

**years** on a **4 day, convenient** for a **1 am arson schedule, he changed** to a normal **5 day** fun schedule. **His work file is "huge". Exh 76**

81.. A normal person in a husband capacity, **does not use the defamation** and libel of her good name from her competitor's inappropriate actions to his own personal wealth gain when the 10 year marriage mark approaches. The SEC lack of citing firms for 1099 reps (violation)and "in house" insurance (violation) so that when rep leaves for a competitor firm , that original competitor Firm **creates** issues with **her** "free money" from ***her paid for*** "in-house" insurance controlled by the competitor which **causes the attorneys to be controlled** by the competitor firm who needs her to pretend she did something via a crooked regulator to try to gain her clients, and finish in bankruptcy court. The necessary **need then** is to demolish PPL's great reputation with **published lies.** They control every attorney, so PPL has no choice **but to file prose.** To the reality of PPL of their favorite screenshot is to show her Business contacts the headline with PPL photo, name, age, location, with headline of implying she embezzlement from a church and being in prison, Exh 77 but yet PPL **never served in prison** and **never embezzled** from a church, in fact PPL has always been as charitable as she can be. **The story, which is not available, is actually about another,** but one can see how that would put a **huge negative fibe on PPL business prospects.** She did however serve as superintendent of Sunday Schools, on church council, read scripture, etc, and well still working full-time was member and president of women's club, member auditor speaker of a two large professional clubs, a Girl Scout leader, the manager of Girl Scout leaders and four

counties, obtained eight (8)licenses and certifications in the 30 years of her work. PPL had a dozen different initiatives she did with the community and outside the community, including ACS,AHA, ADA, safe house contributions, DNA (thorn). She was addicted to every facet, so much so that others in the same field do not bother. PPL seldom has alcohol, does not smoke, yell, swear, vape,or do drugs (Decades earlier started an org)

82. Another significant false article grossly misrepresented the facts, which is also **proven untrue by the comprehensive NASD/FINRA final report stating an answer** of **"no"as to if anything was 'fraudulent, manipulative, or deceptive' in her behavior. (30 years in business)** Another written final report stated "apparently she did quite well for her clients". PPL invented, produced one page easy to read disclosures as to all fees and volatility on mutual funds and annuities that she showed,She invented and produced simplified bar charts as to asset allocation, tax allocation, So that the client can best strategize his tax advantaged income stream and risk allocation. PPLthe vast majority under her was insured for fixed rate living benefit while asset with opportunity for upside in markets. . Coming from a secretarial background in that industry, and with a great office staff, she consistently had A+ ratings in her compliance. That company was so confident in her that besides being in the President's list they **requested she expand her office since she had all the room in the world and already had the licensing to supervise 100 if she wanted to**. PPL declined, and moved to a new firm. A bank who was trustee of A fund that was far superior, a fund that went from 10 to 75 and 3 years, That bank trustee delivered about **800 confidential account** information to an attorney who **sent out letters** to these customers of hers stating to call his number if they want to know what "**Donna was**

**doing with your money"**. Of course that's illegal and **it wasn't on attorneys letterhead**. Nor his name. He touted"free money" When they called his number, which was true since **it was my insurance** held by a PPL **competitor handing out free money** to try to continue to keep those clients. Virtually all I clients transferred their accounts to her new firm anyway. So you can't really always believe everything that's in the newspapers, it could be presented either with a bribe or without knowledge that there's a corrupt alternative ulterior motive.The bigger it is, the worse the defamation needs to be. They needed her to look bad inorder to do a frivolous case for their future benefit.

83.Now, in real time **daily, to hourly,** the RespVogt's partner Resp Herman on the ground is following her, obstructing her daily, tracking her,stopping ahead an **arrive ahead to slander her,** to **influence** her destination to do a scheme to **harm** her, causing then to taking cash for hotels for a couple weeks, but then to break that contract, making her lose significant cash to her . From stations, to hotels, to certain libraries Resp Herman hacks and influences through defamation, so she can't write this. Resp Vogt has that goal of putting her in harm's way in early morning hours ,to rid of her, to have her killed or poisoned, or infected, to **delay** this filing

84 But for **Resp Vogt/ Resp Soine ARSON DEAL and the Resp Vogt/Hall/ Soine doing their part of forgery and notarizing a forgery, PPL would still have her beloved home for her goals.** Rsvp Vogt, Resp Hall, Resp Seger, Resp Short, Resp Mangan, Resp McClure liability as direct and proximate cause of Prose PL injuries.

BUT FOR RespS's, Lakeside, Wells, Fidelity National, Chase, UWCU support of their crimes, she would not have been harmed. Resp Lakeside, Resp Wells, Fidelity National, Resp Chase, Resp UWCU are negligent motive,evidence, coverup

RE: N2147 Double D **Front Property**

**§ 943.205 § 943.83 §943.85 §943.87 §943.03** (hacked)

Wis Stat §943.02 (Resp Vogt)
Wis Stat §943.201 (Resp Vogt,RespSoine, Resp Hall),
Wis Stat §943.203 (Resp Vogt, Resp Soine, Resp Hall),
Wis Stat§943.38 (Resp Vogt,Resp Soine, Resp Hall)
Wis Stat § 943.39 (RespVogt, Resp Soine, Resp Hall, Resp Reilley)
Wis State § 943.82 (Resp Vogt)

**#7 Arson (Resp Vogt ) #8 ID Thefts(Resp Vogt ,Resp Soine), #9 Forgeries (Resp Soine,Resp Vogt, Resp Hall) #10 Mortgage Fraud (Resp Vogt, Resp Soine, Resp Donaldson) #11 Occupancy Mortgage Fraud (Resp Vogt)** Bribery (Vogt)

83. PPL incorporates by reference the facts alleged in paragraphs 1-37

no part of this knowledge **so he left the firm.**

83 a On or about July of 2008 at 1 am, Resp Vogt intentionally **maliciously burned** down PPL ***rightfully*** singley owned long time beloved home purchased originally in 1985, ten years before marriage. Resp Vogt stated he **wanted a divorce in 2007 so He started and completed that paperwork and they were divorced. Then he forged amended divorce agreement, forged deeds, and forged Prenuptial agreement. Then he arsoned her home in 2008. Exh 15**

*After divorce was final*, Resp Vogt, Resp Soine, Resp Hall did the *forgeries* and notorizations of:

1. ***forged*** *amended divorce agreement*, and
2. **forged prenuptial** agreement, as well as the
3. deed **forgeries** on that front property **to joint *from* PPL name**
4. Then deed from **joint to his *single* name.**
5. Then he requested a **new** hearing, to **process** these **forged** documents.
6. Then **home equity stolen** and
7. Then Resp Vogt **Arsoned** her home.
8. **Insurance and payment from the bank to Resp Vogt**
9. **then Another payment on 12-5-17 for $276,900.00** shortly before a forgery of her **back** property. Exh 16. Exh 17, Exh 18. Exh 19

**84 However** the *hearing notice was never received by PPL* so she **never knew** of all of these forgeries, new divorce hearings until a month ago.

motive,evidence, coverup.

**Obstruction of Justice Mail Fraud. Affid. 1**

**(Resp Vogt Resp Herman) § 943.205**

85 PPL incorporates by reference the facts alleged in paragraphs 1-42Many motives for him to want it gone. He only stated he "didn't want it there".

He admitted it to several and he is addicted. He stole it through forgery deeds, and other illegal actions described, then he arsoned it. Resp Vogt stole PPL identifying information and gave it to Resp Soine to forge the above documents in 1-5. Resp Soine proceeded to present herself as PPL and signed PPL name on documents 1-5 Resp Hall Notarized her signature even though he knew Resp Soine was not PPL.

86. Resp Vogt admitted to **another West Bend arson** he did for **better view from his West Bend** home property and ***better*** value. Another arson in West Bend was with conspirator who admitted Resp Vogt arsoning of her condo in July 2019 for insurance money. **All three (3) financially Rewarding for Resp Vogt.** Affid 1

87 **But for** Resp Vogt arsoning her beloved home, forging deeds, PL would not have lost that value, would she finished sale to the other person for her to consider a buy

back in the future and use for her children, grandchildren, and for summer CampFuntastic and Girl Scout and Boy Scout camp plans for fall to spring.

But for Resp Hall signing off that Resp Soine was PPL, this substantial damage would have never happened. But for Soine forging so many documents , this damage would not have happened. But for Chase and Lakeside supporting this activity as Respondeat Superior, PPL would not have been harmed

88 Resp Vogt's, Resp Soine, Resp Hall Negligence is the direct and proximate cause of PPL injuries.

89 In November and December, 2021, PPL **just** discovered that there were deed forgeries on *that* front property of hers back in 2007 and 2008, after Resp Vogt after RespVogt said he wanted a divorce, yet they seldom argued. Affid 1

90 . **In 2007 and 2008, Resp Vogt stole PPL Drivers License, Social Security card, and gave it to Resp Soine to forge PPL signature on deeds from PPL single** name to joint name and then in furtherance of the fraud, forged **another** from joint name To his Name **alone.** The notary Resp Hall stole her PO Box ***Mail.*** Resp Vogt stole her **po box *key*** for him to steal her mail. ***and*** Resp Vogt **stole her mail by her mailbox**, which was a **¼ mile from the back home** and hidden from sight of home, with a hill in between. They stole her mail for the **extra** hearings notices for a **reopened** divorce for a **forged amended** divorce agreement and a **forged prenuptial agreement. This allowed him to put it in his name, to steal equity from a mortgage and to steal her front home,** arson for the ***competitor*** bank **and gain arson insurance money as well. Motive, evidence coverup**

**90a. But for the Obstruction of Justice acts, mail fraud, forgeries, notorizations, of Resp Hall, Resp Vogt, Resp Soine,**

BUT FOR RespS's , Lakeside, Wells, Fidelity , Chase, p UWCU support of their crimes, she would not have been harmed. RespS's Lakeside, Wells, Fidelityp Chase, UWCU negligence is the direct and proximate cause of her injuries a motive,evidence, coverup

**MISREPRESENTION to PPL OF STATUS OF HER FRONT PROPERTY FOR PURPOSE OF STEALING IT to ARSON IT**

**91 PPL incorporates by reference the facts alleged in paragraphs 1-.**

**92 Resp Vogt *misrepresented to* her that her FRONT home *went into foreclosure*** to give himself opportunity to steal it with forgery,deeds, and then arson it.

PPL is known for always insuring investments, so even though he told her to Not Pay the insurance premium because wasting her money, she dropped off cash to the Campbellsport office, her agents office anyway. Unbeknownst to her, he **secretly had already forged the deeds then to him as owner, the real reason he didn't want her to pay the insurance. Plus he had already purchased his own !!**

PPL was especially concerned about insurance because Resp Vogt found a homeless man using the facilities there , fishing and grilling in the garage. For all PPL knows, he may have hired him. part of a plot.

93. Evidently because Resp Vogt had planned on arsoning it, Now that PPL thinks about it, there was not that many payments missed. He ordered her to stop those

payments.. She received no notice of foreclosure, but he steals her mail anyway,

PPL just **believed Resp Vogt's misrepresentations** and she was **excessively busy defending him and her from the frivolous suit** that was dismissed in her favor, but then Moved to another Court, where her hired attorneys were influenced and removed.

But for sResp Vogt lies, misrepresentation as to status of the home, but for him stealing her mail,

but for further misrepresentations and hiding of his forgeries and forged divorce documents, PPL would not have lost her completely designed interior with very special features for family and for entertainment, her 25 special window and patio treatments sown by her, her painted with a friend the whole interior as well as her staining the exterior personally, and all the memories of her special family, her very special garden, her special multi-level deck and pond with Island and her future plans with Camp Funtastic

94.. Resp Vogt liability as direct and proximate cause of Prose PL injuries.

BUT FOR RespS Lakeside, Wells, Fidelity, Chase, UWCU support of their crimes, she would not have been harmed. Lakeside, Wells, Fidelit Chase, UWCU are negligent AS negligence is direct and proximate cause of her injuries.

motive,evidence, coverup

$2,300,000 =2 properties value is because 72 acres has 3 Wis category mountains, great build sites, ready nature made long wavy cleared, flat topped across 40 private acres driveway ridge with forest both sides, one mountain is like a football field on top as it is a flat topped ,cleared mountain football field type, potential small plane or helicopter. Also other mountain private as well as faces the KM Forest. Also bars to

access great for private ownership, (no easy road access.) Front property had a small island but has pond, back has river waters, fishing, deer hunting, a large Pitt off the flat topped mountain. Also great potential for parceling off KMF forest bordered property. This justifies the price. It also has the cathedral ceiling log home fireplace, loft, sound structure 2x6, half log in and out 5 bdrm. No neighbor in sight even though on a By"mountain". To PPL priceless and wanted to use for good community efforts like CAMPFuntastic and boys girls scout camping, and other ventures of her interest.

***<u>DONNA VOGT</u>***

Signed electronically by Donna Vogt on 12-16.21

Donna Vogt, PROSE PLAINTIFF

PL Requests Discovery Schedule as Resp have not given her the basic Information she needs on her home. Electronically signed by Donna Vogt on 12.15.21

Donna Vogt, PROSE

DAMAGES

**HOME mortgage back in PL name. Registrar appears in PL name**

Compensatory 2,100,000.00 2 property value

General

$50,000 lack of earning capacity x 3 years $150,000

Punitive 10,000,000.00 plus Attorney fees $400,000

Signed electronically by Donna Vogt

Donna Vogt PRO SE

Donna Vogt, signed electronically pro se on 12.16.21 following


- N2135 Double D. CAMPBELLSPORT WI 53010 **515-218-5590**

**snowyfunx.3@gmail.com**